# **EXHIBIT 1**

# Belmont Police Department
## 460 Concord Avenue
## Belmont MA 02478

## Application for Employment





## Town of Belmont Police Officer
## Civil Service Employment

1. These forms must be typewritten or printed in blue or black ink by the applicant himself/herself.

2. All questions must be answered, if applicable. If not applicable, indicate N/A

3. Failure to answer any and all questions truthfully, accurately, or completely shall result in the applicant's disqualification, or if discovered after an individual is hired, termination from employment.

4. If the space provided is not sufficient for complete answers, or you wish to make additional comments, attach sheets of the same size as these forms and indicate to which questions those sheets pertain.

5. You are applying for a responsible public safety position. It is essential that you follow instructions specifically as directed. Make sure all dates and information are absolutely accurate.

6. If after submitting the application, you become no longer interested in appointment, please notify the Chief of Police in a timely manner.

7. All applicants must submit the following documents with their applications.

    A. One certified copy of your High School Diploma or Equivalency Certificate

    B. One certified copy of your Higher Education Diploma (if applicable) and all transcripts from any and all college and graduate study.

    C. One certified copy of your birth certificate.

    D. If you are a qualified veteran bring a copy of your Form DD214

    E. A copy of your Social Security Card.

    F. A copy of your driver's license.

    G. One unopened credit history report.

8. A criminal offender record information check will be performed on each applicant who submits an application for employment with this department.

I have read and understand the above instructions.

Candidat ███████████████████████

Date Received: _3-29-13_

**To The Applicant: READ THIS INTRODUCTION CAREFULLY BEFORE ANSWERING ANY QUESTIONS.**

2

The Civil Service Act of 1964 prohibits discrimination in employment because of race, color, religion, national origin, or disability. (As does the Americans with Disabilities Act.) Federal Law also prohibits discrimination on the basis of age with respect to certain individuals. The Laws of Massachusetts also prohibits some or all of the above stated discrimination as well as some additional types, such as discrimination based upon sexual orientation and marital status.

Questions with an asterisk (*) immediately to the left of the questions are optional. Although the information is useful in our examination of applicants, your decision not to answer any and all of the asterisk questions will not be held against you.

## 1. PERSONAL HISTORY

a. Name: ██████████████████████████████████

(First)          (Middle)          (Last)

██████████████████████████████████████████

c. Other Names Used: Give any other names by which you have been legally known (if any)

Name: _N/A_____  Dates Used: _N/A_____

Why Used: _N/A_____

Name: _N/A_____  Dates Used: _N/A_____

Why Used: _N/A_____

h. In Chronological order, please state every place that you have resided within the past ten years. Include addresses while attending school, if away from home, and all military addresses. (Note: Your present address should be listed on the first line below.)

| From Month/Year | To Month/Year | Address | (Apt #) | City/Town | State | Landlord's Name and Telephone |
|---|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

i. List all credit card accounts for which you are responsible. (Give account name, e.g, Filenes, account numbers and balances.



6

**v. Have you ever Used or Possessed any illegal drugs/narcotics?  Yes (    ) No (X) If yes, please explain if full detail on a separate sheet of paper.**

**w. Have you ever used a prescription drug without a prescription? Yes (    ) No (X) If yes, please explain in full detail on a separate sheet of paper.**

**z. Have you ever been in an accident while under the influence of alcohol? Yes (    ) No (X) If yes, please explain in full detail on a separate sheet of paper.**



8



## III. Employment History

a. In reverse chronological order; list all employments (including summer and part-time employments while attending school). All time must be accounted for. If unemployed for a period, list the dates of unemployment. (Use additional sheets of paper if necessary.) Applicants may also include verifiable work performed on a volunteer basis.



| Dates | | Rates of Pay | |
|---|---|---|---|

11

| From Mo./Yr. | To Mo./Yr. | Name and Address of Employment | Start | Finish | Supervisors Name and Title Telephone # |
|---|---|---|---|---|---|
| | | N/A. | | | |

**Reason for Leaving:**

| Dates | | | Rates of Pay | | |
|---|---|---|---|---|---|
| From Mo./Yr. | To Mo./Yr. | Name and Address of Employment | Start | Finish | Supervisors Name and Title Telephone # |
| | | N/A | | | |

**Reason for Leaving:**

| Dates | | | Rates of Pay | | |
|---|---|---|---|---|---|
| From Mo./Yr. | To Mo./Yr. | Name and Address of Employment | Start | Finish | Supervisors Name and Title Telephone # |

**Reason for Leaving:** N/A

14



## V.   REFERENCES

a.  List three references (not relatives, in-laws, former or present employers, fellow employees or school teachers) who are responsible adults, have reputable standing in their community and who have known you for at least five years. All persons to whom you refer may be asked to appraise your character, ability, experience, personality, and other qualities.

**First Reference:**



**Third Reference:**















*IT IS UNLAWFUL IN MASSACHUSETTS TO REQUIRE OR ADMINISTER A LIE DETECTOR TEST AS A CONDITION OF EMPLOYMENT OR CONTINUED EMPLOYMENT. AN EMPLOYER WHO VIOLATES THIS LAW SHALL BE SUBJECT TO CRIMINAL PENALTIES AND CIVIL LIABILITY.*

**Thank you for completing this application and your interest in employment with the Belmont Police Department.**

23