# EXHIBIT 3

Belmont Police Department
460 Concord Avenue
Belmont, MA 02478

July 27, 2020



Officer ▮▮▮▮▮▮,

This letter will serve as notice to you that the Belmont Police Department has received and reviewed information that highlights several areas of concern relative to demonstrated behavior on your part, which may affect your fitness for duty and ability to serve as a police officer.

This information requires that the Department conduct an investigation into the matter. During the course of this investigation, I am placing you on paid administrative leave from your position as a police officer. This action is not disciplinary. It is undertaken to ensure the efficient and proper operation of the Belmont Police Department.

You are required to surrender to the Department at this time your police officer badge and identification card and your department firearm. I am requesting that you voluntarily turn in your license to carry (LTC) as an alternative to having me impose a formal suspension of your LTC, and turn in any personal firearms you own or possess.

During this investigation you are relieved of your duties, except as describe below. You will not be eligible to work overtime, swapped shifts, or paid details during this time. You are required to remain off of the property of the Belmont Police station unless you contact and receive permission from Captain O'Leary, Assistant Chief Hurley, or myself.

You will be re-assigned to the Day Shift Monday-Friday, (during the time of the administrative leave you will continue to receive your night differential). For the duration of this investigation you are required to stay in the area during your scheduled work hours and be available during those hours to appear at the police station upon notice from Captain O'Leary, Assistant Chief Hurley, or myself. You will provide Captain O'Leary with a telephone number at which you may be reached.

During this investigation you are forbidden to exercise any of the powers of, or represent yourself, as a police officer of the Belmont Police Department.

Failure to adhere to the conditions of your administrative leave will result in disciplinary action against you up to and including termination of your employment by the Belmont Police Department.

0047

Belmont Police Department
460 Concord Avenue
Belmont, MA  02478

Respectfully,

*[signature]*

James MacIsaac
Police Chief

Received By ███████

Date: 7/27/2020