# **EXHIBIT 4**



# TOWN OF BELMONT

460 CONCORD AVENUE
P.O. BOX 130
BELMONT, MASSACHUSETTS 02478-0002

## POLICE DEPARTMENT



JAMES G. MACISAAC
POLICE CHIEF

TELEPHONE
(617) 484-1212

August 27, 2020



Dear ▮▮▮▮▮▮,

I am informing you of the result of Professional Standards Investigation 20-03 and my review of that investigation.

On March 29, 2013, you filled out, signed and submitted a Town of Belmont Police Officer Civil Service Employment Application.

The conclusions of my investigation reveals that you were not truthful in answering three separate questions on that employment application. When asked by me if the information contained in the medical records (ostensibly truthfully provided by you to your medical provider) that clearly contradicted the information that your provided in your employment application answers was truthful and accurate, you would only answer the questions if the Police Department would go through the effort of obtaining for you immunization for whatever potentially criminal activity you were engaged in when you completed your employment application. The Town declines to seek immunity for you and has concluded the investigation based on all the information available. It is readily evident that you were not truthful in answering questions on your employment application.

Further the conclusion that you were untruthful when answering questions on your employment application, required the Police Department to engage the Middlesex District Attorney's Office in a review of the obligations that office will have in the future should you be a witness for the Commonwealth. The district attorney's office has informed me that the MDAO will be required to provide a notice to criminal defendants that you have been found to be "not fully truthful" when answering questions on your employment application. I will also note at this time, that this is the second time in just



**JAMES G. MacISAAC**
POLICE CHIEF

# TOWN OF BELMONT

460 CONCORD AVENUE
P.O. BOX 130
BELMONT, MASSACHUSETTS 02478-0002

### POLICE DEPARTMENT



TELEPHONE
(617) 484-1212

over a year that this Department has had to engage the Middlesex District Attorney's office to review your credibility and ability to tell the truth.

Because of your untruthful answers to three simple questions on your employment application; (Have you ever Used or Possessed illegal drugs/narcotics, Have you ever used a prescription drug without a prescription and have you ever been in an accident while under the influence of Alcohol); you have irrevocably compromised your ability to be a professional and credible witness for the Commonwealth. Therefore, and in addition to the conclusions of the investigation set forth above, I find that your conduct, as reviewed by the Middlesex District Attorney's Office, has rendered you incompetent to perform a police officer's vital task of testifying for the Commonwealth and thereby unable to perform the duties and assume the responsibilities of your position.

I have come to the conclusion that my duty is to seek to terminate your employment by the Belmont Police Department. Pursuant to Chapter 31, Section 41 of the General Laws, I have included with this letter copies of sections 41 through 45 of General Laws Chapter 31 which govern your rights.

The Department will advise you of a hearing date and time to present a defense with reference to the conclusions of Professional Standards Investigation 20-03.

If you wish, you may have your attorney contact Attorney David Connelly of Morgan Brown & Joy LLP to discuss a disposition short of a hearing followed by the likelihood of termination of employment for cause

Respectfully,

*James MacIsaac*

James MacIsaac
Police Chief