# **<u>EXHIBIT 5</u>**




# The Commonwealth of Massachusetts

## MIDDLESEX DISTRICT ATTORNEY
15 Commonwealth Avenue   Woburn, MA 01801
www.middlesexda.com

**Marian T. Ryan**
District Attorney

Tel: 781-897-8300
Fax: 781-897-8301



- ADMINISTRATION
  - COMMUNICATIONS
    - INTERVENTION & PREVENTION PROGRAMS
  - PUBLIC POLICY
  - LEGISLATION
  - VICTIM WITNESS BUREAU

**TRIAL TEAMS**
- CAMBRIDGE REGION SUPERIOR COURT
- FRAMINGHAM REGION SUPERIOR COURT
- LOWELL REGION SUPERIOR COURT
- MALDEN REGION SUPERIOR COURT

**SPECIALTY UNITS**
- APPEALS & TRAINING
- CHILD PROTECTION
- ELDER/DISABLED PROTECTION
- HOMICIDE & UNSOLVED
- SPECIAL INVESTIGATIONS

**REGIONAL OFFICES**
- WOBURN
- FRAMINGHAM
- LOWELL

**DISTRICT COURT OFFICES**
- AYER
- CAMBRIDGE
- CONCORD
- FRAMINGHAM
- LOWELL
- MALDEN
- MARLBOROUGH
- NEWTON
- SOMERVILLE
- WALTHAM
- WOBURN

August 28, 2020

Chief James MacIsaac
Belmont Police Department
40 Woodland Street
Belmont, MA 02478

Re: New Discovery Notice – ▮▮▮▮

Chief MacIsaac:

Consistent with its obligations pursuant to controlling case law, Massachusetts Rule of Criminal Procedure 14(a)(1)(A)(iii), and Massachusetts Rule of Professional Conduct 3.8(d), the Middlesex District Attorney's Office will be issuing the attached discovery notice in all pending and future cases in which ▮▮▮▮ is a potential witness.

Our Office intends to continue calling ▮▮▮▮ as a witness and, where appropriate, will make all available arguments opposing questioning the officer or admitting into evidence any documents pertaining to the underlying incident, including internal affairs documents in the possession of our office, that prompted issuance of the discovery notice.

Please be advised that our Office may be required to disclose the notice's existence and contents pursuant to a valid public records request, see G.L. c. 66, § 10, and that the manner in which an outside entity uses or reports that information is beyond our office's control.

To the extent you have any questions regarding the attached notice, please feel free to contact Assistant District Attorneys Jamie Michael Charles or Jessica Langsam in our Appeals & Training Bureau at (781) 897-6825.

Sincerely,

*Jamie Michael Charles*
Jamie Michael Charles
Assistant District Attorney



COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS. _____ COURT
DOCKET NO. _____

**COMMONWEALTH**

v.

_____

**COMMONWEALTH'S NOTICE
REGARDING A POTENTIAL COMMONWEALTH WITNESS**
_____

Now comes the Commonwealth, and in light of Mass. R. Crim. P. 14 and case law, hereby notifies the defendant that the Middlesex District Attorney's Office has been advised that one of the potential witnesses in this case, **Belmont Police Officer ███ ███** was the subject of an internal affairs investigation that concluded she was untruthful on her employment application. The Commonwealth has also been advised that ███████ has been on paid administrative leave since July 27, 2020, and that as a result of the investigation the Belmont Police Department has recommended that her employment be terminated. The District Attorney's Office is not in possession of any documents related to the investigation mentioned above.

    Respectfully Submitted
    For the Commonwealth

    MARIAN T. RYAN
    DISTRICT ATTORNEY

    _____
    Assistant District Attorney

Date: