# **<u>EXHIBIT 7</u>**



# TOWN OF BELMONT

460 CONCORD AVENUE
P.O. BOX 130
BELMONT, MASSACHUSETTS 02478-0002

## POLICE DEPARTMENT



TELEPHONE
(617) 484-1212

JAMES G. MACISAAC
POLICE CHIEF

December 15, 2020

**<u>Certified Mail</u>**



Re:   Termination of Employment

Dear ▬▬▬▬:

Enclosed is a copy of your rights to appeal your termination under M.G.L. Chapter 31 Sections 41-45.

Due to payroll constraints, we have extended your last day of employment from the date of December 11, 2020, stated in the letter dated December 14, 2020, until December 21, 2020.

On December 21, 2020, you will receive your last regular paycheck along with a payout for vacation and personal time (52 vacation hours and 12 hours earned time owed).

Sincerely,

James MacIsaac
Police Chief

Cc:   Shawna Healey, Human Resources

0141